### 15128. JONES v. THE STATE.

BLOODWORTH, J. This is a companion case to that of *Ware* v. *State,* 31 *Ga. App.* 554, and that of *Maddox* v. *State,* 31 *Ga. App.* 556, and the rulings in those cases control this case.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*